FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0103

_____

IN RE THE PARENTING OF:

A.H., a Minor Child,

EDWARD "JIMMY" HAERR,

      Petitioner and Appellee,            O R D E R

  v.

TIFFANY P. WHELAHAN,

      Respondent and Appellant.

_____

Appellant, by counsel, have filed a motion for a 30-day extension of time within which to file her reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellants' reply brief shall be filed on or before November 9, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020